# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**RONNIE LUCKETT,**
       **Plaintiff,**

      v.                                             **Case No. 05C0509**

**CITY OF MILWAUKEE,**
       **Defendant.**

## ORDER

Plaintiff Ronnie Luckett, proceeding pro se, commenced this action against the city of Milwaukee alleging that they discriminated against him on the basis of his race. On August 12, 2005 I administratively closed this matter upon request of the parties to facilitate plaintiff's resolution of his grievance through arbitration. However, on August 22, 2005, plaintiff filed a motion to amend/correct his complaint and a motion requesting that I establish a time table for arbitration. While defendant did not object to plaintiff's request to amend his complaint, they contend that I am without authority to impose a time table on the city and the union. I agree. Plaintiff cites no authority for this request and I am unaware of any authority that would permit me to do so. However, pursuant to Fed. R. Civ. P. 15(a), I will permit plaintiff to amend his complaint.

Therefore,

**IT IS ORDERED** that plaintiff's motion to amend/correct his complaint is **GRANTED**. If and when plaintiff reopens this matter, he may file an amended complaint.

**IT IS FURTHER ORDERED** that plaintiff's motion to establish a time table for arbitration is **DENIED**.

Dated at Milwaukee, Wisconsin, this 31 day of March, 2006.

/s_____
LYNN ADELMAN
District Judge